# UNITED STATES DISTRICT COURT
для the
Eastern District of North Carolina

| United States of America | ) | **AMENDED JUDGMENT** |
| v. | ) | |
| JERRICK LEMONT ELLIS | ) | Case No: 5:11-CR-210-1F |
| | ) | USM No: 55608-056 |
| Date of Original Judgment: 09/06/2011 | ) | |
| Date of Previous Amended Judgment: | ) | Sherri Alspaugh |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of September 6, 2011 months **is reduced to** 70 months

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated 09/06/2011 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 11/3/14

Effective Date: 11/01/2015
*(if different from order date)*

James C. Fox, Senior U.S. District Judge
*Printed name and title*

EDNC 7/26/2012